Munsha SINGH, Appellant, v. Edward W. CAHILL, as District Director of Immigration, Port of San Francisco, Appellee.

Karam SINGH, Appellant, v. Edward W. CAHILL, etc., Appellee.

Kartar SINGH, Appellant, v. Edward W. CAHILL, etc., Appellee.

Nos. 8041–8043.

Circuit Court of Appeals, Ninth Circuit.
Nov. 25, 1935.

Marshall B. Woodworth, of San Francisco, Cal., and S. Luke Howe, of Sacramento, Cal., for appellants.

H. H. McPike, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for appellant in each of above causes, and by direction of the court, it is ordered that the appeal in each of above causes be dismissed; mandates issued forthwith.

SOUTHERN TRANSPORTATION COMPANY, as Owner of THE Barge ANASTASIA, Appellant, v. KNICKERBOCKER FUEL COMPANY, Appellee.

No. 3937.

Circuit Court of Appeals, Fourth Circuit.
Dec. 4, 1935.

For opinion below, see 11 F.Supp. 314.

Leon T. Seawell, of Norfolk, Va., and Leonard J. Matteson, of New York City, for appellant.

Michael B. Wagenheim, of Norfolk, Va., and Thomas H. Middleton, of New York City, for appellee.

PER CURIAM.

On stipulation of counsel, cause is remanded to the District Court.

Sylvia SPRINGMAN v. The UNITED STATES of America.

Ray WALKER v. The UNITED STATES of America.

Russell BLAIR v. The UNITED STATES of America.

Nos. 5634–5636.

Circuit Court of Appeals, Seventh Circuit.
Oct. 1, 1935.

Harold J. Bandy, of Granite City, and I. R. Wasson, of Peoria, Ill., for appellants.

Arthur Roe, of Vandalia, and Howard Doyle, of Decatur, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

A notice having been served upon counsel for appellant to appear on October 1, 1935, and show cause why this cause should not be docketed in this court and this appeal be dismissed for want of prosecution, and no cause having been shown, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed for want of prosecution.